# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAWN LENARDO LAW, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-05-0882-F |
| ) | |
| JOE KEFFER, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This action seeks habeas relief under 28 U.S.C. § 2241. Plaintiff appears pro se, and his pleadings are liberally construed. Having promptly examined the Petition, Magistrate Judge Bana Roberts, to whom this action has been referred, recommends in her Report and Recommendation (doc. no. 8) that the Petition be summarily dismissed upon filing.

The magistrate judge's Report advised Petitioner of his right to file an objection to the Report, and advised that any such objection must be filed by August 30, 2005. The Report further advised that failure to make timely objection to the Report waives the right to appellate review of both factual and legal issues addressed in the Report. Petitioner has not objected to the Report and has not sought an extension of time within which to object.

After study of the Report, the record, and the relevant legal authorities, the court finds and concludes that it concurs with the magistrate judge's determinations and that no purpose would be served by repeating those determinations, or the magistrate judge's analysis, here.

Therefore, the Report and Recommendation of Magistrate Judge Bana Roberts is **ACCEPTED, ADOPTED,** and **AFFIRMED** in its entirety. For the reasons stated

Case 5:05-cv-00882-F   Document 9   Filed 09/15/05   Page 2 of 2

-2-

in the Report, the Petition is hereby summarily **DISMISSED** upon filing, without prejudice.

Dated this 15th day of September, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0882p001(pub).wpd